**EXHIBIT 1**



## CERTIFICATE OF RENEWAL

Reg. No. 507,088

Application to renew the above identified registration having been duly filed in the Patent and Trademark Office and there having been compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

This is to certify that said registration has been renewed in accordance with the Trademark Act of 1946 to    International Allied Printing Trades Association, of Washington, D.C., Unincorporated

and said registration will remain in force for twenty years from    February 22, 1989
unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this nineteenth day of September, 1989.

Commissioner of Patents and Trademarks

**EXHIBIT 2**

*State of Delaware*

## Office of the Secretary of State

---

I, Edward J. Freel, Secretary of State of the State of Delaware, do hereby certify that Interntional Allied Printing Trades Association whose business address is located at 1900 L Street, N.W. in the city of Washington, in the District of Columbia has this sixteenth day of January, A.D. 1997, at 9 o'clock A.M. filed an Application for Renewal of Registration of Trademark, "Allied Printing Trades Council" and "Union Label", a copy of said Mark is hereto attached.

And I do hereby further certify the class of goods or services is No. 16-Paper Goods and Printed Matter.

And I do hereby further certify the term of the Renewal is ten years.

And I do hereby further certify the date of expiration will be January 16, 2007.



971044329

Edward J. Freel, Secretary of State

AUTHENTICATION:

DATE: 2/11/97





