AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-393

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__6-14-05__
(Date forms issued)

__/s/ Marri Janeka__
(Signature of Party or their Representative)

__Marri Janeka__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action