AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Delaware _____

| | |
|---|---|
| William J. Borman, as President and on behalf of and for the use of the membership the INTERNATIONAL ALLIED PRINTING TRADES ASSOCIATION, an unincorporated association, et al.                Plaintiffs<br>V.<br><br>ProForma Print Marketing, Total Printing Systems and Delaware Transit Corp.,<br>                              Defendants | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:     05 - 393 |

TO: (Name and address of Defendant)

ProForma Print Marketing
1201 Society Dr.
Claymont, Delaware 19703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Rhoades, Esquire
1225 King St., 12th Flr.
Wilmington, Delaware 19801
302-427-9500

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              JUN 1 4 2005

CLERK                                                        DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>6/16/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: PROFORMA PRINT MARKETING AT 1201 SOCIETY DR. CLAYMONT DE COPIES THEREOF WERE LEFT WITH JEFF WHITE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/05
         Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____Delaware_____

William J. Borman, as President and on behalf of and
for the use of the membership the INTERNATIONAL ALLIED
PRINTING TRADES ASSOCIATION, an unincorporated
association, et al.           Plaintiffs
V.

**SUMMONS IN A CIVIL CASE**

ProForma Print Marketing, Total Printing
Systems and Delaware Transit Corp.,
                     Defendants

CASE NUMBER:   0 5  -  3 9 3

TO: (Name and address of Defendant)
ProForma Print Marketing
1201 Society Dr.
Claymont, Delaware  19703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Rhoades, Esquire
1225 King St., 12th Flr.
Wilmington, Delaware  19801
302-427-9500

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                       JUN 1 4 2005

CLERK                                                                  DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>6/16/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: PROFORMA PRINT MARKETING AT 1201 SOCIETY DR. CLAYMONT DE COPIES THEREOF WERE LEFT WITH JEFF WHITE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/16/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.