## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| William J. BOARMAN, as President and on behalf of and for the use of the membership of the INTERNATIONAL ALLIED PRINTING TRADES ASSOCIATION, an unincorporated association, et al., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-393-GMS |
| PROFORMA PRINT MARKETING, TOTAL PRINTING SYSTEMS, and DELAWARE TRANSIT CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### STATE DEFENDANT DELAWARE TRANSIT CORPORATION'S MOTION TO DISMISS

**NOW COMES**, Delaware Transit Corporation, an instrumentality of the State of Delaware, by and through its undersigned counsel, and hereby moves this Honorable Court to enter an Order dismissing Plaintiffs' complaint pursuant to Fed.R.Civ.Proc. 12(b)(5) and 12(b)(6) for failure to state a claim upon which relief can be granted and failure to sufficiently complete service of process to Delaware Transit Corporation as a State entity. In support of its motion, State Defendant Delaware Transit Corporation presents a Brief in Support of its Motion to Dismiss, which is filed simultaneously herewith.

                            STATE OF DELAWARE
                            DEPARTMENT OF JUSTICE

                            /s/ Laura L. Gerard_____
                            Laura L. Gerard (DE I.D. #3202)
                            Deputy Attorney General
                            820 North French Street, 6th Floor
                            Wilmington, DE 19801
                            (302) 577-8400
                            Attorney for State Defendant
                            Delaware Transit Corporation

Dated: July 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| William J. BOARMAN, as President and on behalf of and for the use of the membership of the INTERNATIONAL ALLIED PRINTING TRADES ASSOCIATION, an unincorporated association, et al., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-393-GMS |
| PROFORMA PRINT MARKETING, TOTAL PRINTING SYSTEMS, and DELAWARE TRANSIT CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**WHEREAS** State Defendant Delaware Transit Corporation is immune from liability pursuant to the Eleventh Amendment Sovereign Immunity, 18 *Del.C.* § 6511, and 2 *Del.C.* § 1329(a); and

**WHEREAS** Plaintiffs have failed to state a claim upon which relief may be granted pursuant to Fed.R.Civ.Proc. 12(b)(6);

**WHEREAS** there was insufficient service of process upon the Attorney General's Office pursuant to Fed.R.Civ.Proc. 4(j) and 10 *Del.C.* § 3103(c); and

**IT IS SO ORDERED** this _____ and of _____, 2005, that State Defendant Delaware Transit Corporation's Motion to Dismiss is hereby **GRANTED**.

_____
Judge Gregory M. Sleet

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on July 1, 2005, she caused the attached State Defendant Delaware Transit Corporation's Motion to Dismiss and proposed Order, to be electronically filed by CM/ECF and delivered to the following persons in the form and manner indicated:

NAME AND ADDRESS OF RECIPIENT(S):

Joseph J. Rhoades, Esquire
1225 King Street, 12th Floor
P.O. Box 874
Wilmington, DE 19801
Attorney for Plaintiffs

| | |
|---|---|
| ProForma Print Marketing | Total Printing Systems |
| 1201 Society Drive | P.O. Box 375 |
| Claymont, DE 19703 | Newton, IL 62448 |

MANNER OF DELIVERY:

___   One true copy by facsimile transmission to each recipient.

_X_   Two true copies by first class mail, postage prepaid, to each recipient.

___   Two true copies by Federal Express.

___   Two true copies by hand delivery to each recipient.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Laura L. Gerard
        Laura L. Gerard (DE I.D. #3202)
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        Attorney for State Defendant
        Delaware Transit Corporation