## **CERTIFICATE OF SERVICE**

I, Robert J. Lohr II, hereby certify that I served a true and correct copy of the attached Defendant ProForma Print Marketing's Answer the Plaintiffs' Complaint to those identified below via U.S. Mail, first class, postage prepaid on July 6, 2005.

Joseph J. Rhodes, Esquire
1225 King Street
12th Floor
Wilmington, DE 19801

                                           /s/ Robert J. Lohr II
                                           Robert J. Lohr II