IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William J. BOARMAN, as President and on behalf of and for the use of the membership of the INTERNATIONAL ALLIED PRINTING TRADES ASSOCIATION, an unincorporated association, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROFORMA PRINT MARKETING, TOTAL PRINTING SYSTEMS, and DELAWARE TRANSIT CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 05-393-GMS ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41, the parties hereby stipulate and agree to dismiss this matter with prejudice with each party responsible for payment of its own attorney's fees and costs.

_____
Joseph J. Rhoades, Esquire
1225 King Street, Suite 1200
P.O. Box 874
Wilmington, DE 19899-0874
Attorney for Plaintiffs

_____
Robert J. Lohr, II, Esquire
The Law Offices of Robert J. Lohr II
1246 West Chester Pike
Suite 312
West Chester, PA 19382
Attorney for Defendant ProForma Print Marketing

Date: _____

Date: _____

_____
Rick Lindemann, pro se
Total Printing Systems
P.O. Box 375
Newton, Ill 62448

_____
Laura L. Gerard (DE I.D. No. 3202)
Deputy Attorney General
Department of Justice
Carvel State Office Building – 6th Flr.
820 North French Street
Wilmington, DE 19801
Attorney for Defendant Delaware Transit Corporation

Date: _____

Date: __8/22/05_____